# Third District Court of Appeal

## State of Florida

Opinion filed June 12, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0599
Lower Tribunal No. F99-41138A
_____

**Willie Brown,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Willie Brown, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and EMAS and LINDSEY, JJ.

PER CURIAM.

Affirmed.